

# The Attorney General of Texas

March 22, 1978

**JOHN L. HILL**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity
Affirmative Action Employer

Honorable Chris Victor Semos
Chairman, Committee on Business
   and Industry
House of Representatives
Austin, Texas

Opinion No. H-1141

Re: Application of article 5221f
to lessors of mobile homes.

Dear Mr. Semos:

You ask whether, in light of 1977 amendments, a lessor of mobile homes is a "dealer" or "salesperson" as those terms are used in article 5221f, V.T.C.S.

Prior to its amendment by Senate Bill 305, [Acts 1977, 65th Leg., ch. 139 at 288] section 3 of article 5221f defined "dealer" to include a person who buys for resale, sells, exchanges, leases or rents mobile homes. "Salesperson" was defined as a person who sold, auctioned or rented mobile homes. Senate Bill 305 amended section 3 to define "dealer" as a person who buys for resale, sells or exchanges mobile homes or offers such for sale, exchange or lease-purchase. The definition of "salesperson" was amended to "any person who . . . sells or lease-purchases or offers to sell or lease-purchase mobile homes to consumers as an employee or agent of a dealer." The clear legislative intent was to remove mere lessors from these definitions. Accordingly, in our opinion a person who leases mobile homes is not a dealer or salesperson under article 5221f unless the lease contract includes a provision conferring on the lessee an option to purchase the mobile home. Article 5221f, § 3(n).

### SUMMARY

A lessor of mobile homes is not a dealer or salesperson under article 5221f unless the lease contains a provision conferring on the lessee an option to purchase the mobile home.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

**APPROVED:**

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst